AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LOUIS REED, JR.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:25-cv-00246

SOCIAL SECURITY ADMINISTRATION
OF THE UNITED STATES,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered April 29, 2026,  Defendant's Motion to Dismiss is granted

in part and Plaintiff's complaint is dismissed for lack of jurisdiction.  This case stands closed.

Approved by: _____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

April 29, 2026
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/2020